IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF AN APPLICATION
FOR CRIMINAL COMPLAINT FOR
MARIIA BUTINA, ALSO KNOWN AS
MARIA BUTINA

Case No. _____

## GOVERNMENT'S MOTION TO SEAL COMPLAINT AND RELATED DOCUMENTS

The United States of America, moving by and through its undersigned counsel, respectfully moves the Court for an Order placing the above-captioned warrant, complaint, and the application and affidavit in support thereof, and all attachments thereto and other related materials (collectively herein the "Arrest Warrant") under seal. In support of this motion, the government states:

1.      The Court has the inherent power to seal court filings when appropriate, including the Arrest Warrant. *United States v. Hubbard*, 650 F.2d 293, 315-16 (D.C. Cir. 1980) (citing *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978)). More particularly, the Court may seal the Arrest Warrant to prevent serious jeopardy to an ongoing criminal investigation when, as in the present case, such jeopardy creates a compelling governmental interest in preserving the confidentiality of the Arrest Warrant. *See Washington Post v. Robinson*, 935 F.2d 282, 287-89 (D.C. Cir. 1991).

2.      On July 14, 2018, the government applied for an Arrest Warrant in this matter. The Arrest Warrant details the facts supporting probable cause to believe that Mariia Butina violated 18 U.S.C. § 371.

3.      The government will continue its investigation after execution of the Arrest Warrant, and disclosure of the Arrest Warrant would jeopardize the investigation by providing the

subjects of the investigation an opportunity to destroy evidence or flee and jeopardize the investigation by disclosing the details of facts known to investigators, the identities of witnesses, and the investigative strategy.

4.  Ms. Butina is represented by counsel. Undersigned counsel expects that her attorney may reach out if and when she is arrested and inquire about the basis for the charges. If that happens, undersigned counsel requests, in the interests of providing information to counsel, the right to provide a copy of the Arrest Warrant to him. The government also requests that the Arrest Warrant remain under seal, and that counsel be precluded from further dissemination of the Arrest Warrant prior to its unsealing.

5.  For the foregoing reasons, the government respectfully requests that the Arrest Warrant be sealed until further order of this Court, except as necessary to facilitate the enforcement of criminal law or to disclose a copy to defense counsel upon request as laid out in the attached order.

Respectfully submitted,

Jessie K. Liu
United States Attorney
D.C. Bar No. 472-845

By:

Erik Kenerson
Ohio Bar Number 82960
Assistant United States Attorney
National Security Section
555 4th Street NW, 11-449
Washington, D.C. 20004
(202) 252-7201
Erik.Kenerson@usdoj.gov

2