**FILED**

JUL 1 4 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF AN APPLICATION
FOR CRIMINAL COMPLAINT FOR
MARIIA BUTINA, ALSO KNOWN AS
MARIA BUTINA

Case: 1:18−mj−00073
Assigned To : Magistratre Judge Robinson, Deborah A.
Assign. Date : 7/14/2018
Description: Criminal Complaint & Arrest Warrant

## **ORDER**

The United States has filed a motion to seal the above-captioned complaint and warrant and related documents, including the application and affidavit in support thereof and all attachments thereto and other related materials (collectively the "Arrest Warrant").

The Court finds that the United States has established that a compelling governmental interest exists to justify the requested sealing, and that there is reason to believe that disclosure of the Arrest Warrant would jeopardize the investigation by providing the subject of the investigation an opportunity to destroy evidence or flee and jeopardize the investigation by disclosing the details of facts known to investigators, the identities of witnesses, and the investigative strategy.

It is, therefore, this 14th day of July, 2018,

ORDERED that the motion is hereby GRANTED, and that the Arrest Warrant, the instant motion to seal, and this Order be SEALED until further order of the Court; it is

FURTHER ORDERED that the United States may provide a copy of this Order, as well as the affidavit in support of a complaint, to counsel for the defendant after the defendant is arrested. The Arrest Warrant will remain under seal, and unless and until it is unsealed, counsel for the defendant shall not disclose the Arrest Warrant or any contents contained therein to any person or entity other than the defendant or persons employed to assist the defense. Counsel for the defendant may discuss the content of the Arrest Warrant with the defendant or government counsel

prior to its unsealing and/or show the defendant a copy, but defense counsel may not provide a

copy of the Arrest Warrant to the defendant prior to its unsealing.

DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE