UN SEALED

# UNITED STATES DISTRICT COURT

for the

District of Columbia

1063 4627

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:18-mj-00073 |
| Mariia Butina | ) | Assigned To : Magistratre Judge Robinson, Deborah A. |
| also known as "Maria Butina" | ) | Assign. Date : 7/14/2018 |
| | ) | Description: Criminal Complaint & Arrest Warrant |
| *Defendant* | ) | |

FILED JUL 16 2018
Clerk, U.S. District and Bankruptcy Courts

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Mariia Butina, also known as "Maria Butina",

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 371 (Conspiracy)

Date: 07/14/2018

*Issuing officer's signature*

City and state:   Washington, D.C.

Deborah A. Robinson, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/14/2018, and the person was ~~arrested~~ on *(date)* 7/16/2018
at *(city and state)* WASHINGTON DC.                                                                     received

Date:  7/16/2018

DUSM Butler
~~Arresting~~ officer's signature
received

K. Butler
*Printed name and title*